EAST RIVER SAVINGS BANK, Respondent, v. GOLDBROWN BUILDING CORPORATION, Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

FIRST NATIONAL INSURANCE COMPANY OF AMERICA, Respondent, v. LILLIAN LERNER, Appellant, and WEISS, FLAMM & WEINZIMMER, INC., Defendant.— In view of the devision in *First National Insurance Company of America* v. *Lerner* [*post*, p. 850], decided herewith, the motion for a stay is dismissed, without costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

JULIA HAZRICK and JOHN HAZRICK, Respondents, v. ALICE MAY and CATHERINE MAY, etc., Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

WILLIAM HEATON, Respondent, v. WILLIAM DREELAND and CHRISTINA DREELAND, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

ALANSON HEWLETT, Appellant, v. TIDE WATER OIL SALES CORPORATION and QUEENS BOROUGH GAS AND ELECTRIC COMPANY, Respondents. ALANSON HEWLETT, Appellant, v. TIDE WATER OIL SALES CORPORATION and QUEENS BOROUGH GAS AND ELECTRIC COMPANY, Respondents.— Motions to dismiss appeals denied on condition that appellant perfect the appeals for the January, 1935, term (for which term they are set down) and be ready for argument when reached; otherwise, motions to dismiss appeals granted, with ten dollars costs in each case. Plaintiff may make an abbreviated case without any assistance. (*Derby* v. *General Electric Co.*, 208 App. Div. 529; *National Fire Insurance Co.* v. *Shearman*, 223 id. 127; *Martin* v. *Donnelly*, Id. 353; *Moran* v. *Rainbow Appliance Corporation*, 225 id. 587; *Matter of Coyle* v. *Howell, Fields & Goddard, Inc.*, 228 id. 388; *Matter of MacConel* v. *Union Coal & Ash Co.*, 230 id. 336.) Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

WILLIAM HODSON, Commissioner of Public Welfare, on the Complaint of MARY KRIEGER, Respondent, v. MORRIS NOSOWITZ, Appellant.— Motion for reargument denied. Motion to resettle order granted and order dated October 29, 1934 [*ante*, p. 795], resettled by striking therefrom the provision that the petition be dismissed and by inserting in place thereof a provision ordering a new trial. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

J. M. HOFFMAN Co., INC., Respondent, Appellant, v. 1224 BROADWAY CORPORATION and Others, Respondents, and LOUIS SHULSKY and Another, Appellants, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of CARLETON E. BREWSTER, SR., Respondent, for a Certiorari Order against SAMUEL J. WENDT, Chairman, and Others, Constituting the Board of Zoning Appeals of the Town of Islip, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.